UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE UNITED STATES OF AMERICA, et al *ex rel.* HOWARD ZOUBER,<br><br>                              Plaintiffs,<br><br>   v.<br><br>GENENTECH, INC., ROCHE GROUP, MCKESSON, MCKESSON SPECIALTY HEALTH, and ONMARK, INC,<br><br>                              Defendants. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Case No.: 20-CV-10152-ADB |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff-Relator Howard Zouber gives notice that the above-captioned action is hereby voluntarily dismissed, without prejudice, as to the entire action and all defendants. The United States does not oppose this Notice.

Date:  August 22, 2023

_____
Ross B. Brooks
BROOKS LLC
173 Huguenot Street, Suite 200
New Rochelle, NY 108701
Phone: (914) 821-6717

*One of Relator Howard Zouber's Counsel*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 22, 2023, I electronically transmitted the foregoing document to the Clerk of the United States District Court using the CM/ECF system for filing and service on all registered participants as identified on the docket.

                                                  */s/ Ross Brooks*
                                                  Ross B. Brooks